UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURG DIVISION

| | |
|---|---|
| HAL SANFORD KLEIN and JEANNE DENISE KLIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DWALDMANLAW, P.C.,<br><br>Defendant. | Civil Action #: |

## NOTICE OF REMOVAL OF ACTION

COMES NOW, the Defendant, DWALDMANLAW, P.C. ("Waldman" or "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files its Notice of Removal of the above-styled action from the Court of Common Pleas of Westmoreland County, Pennsylvania, and states as follows:

1. Defendant gives notice of the exercise of its right, pursuant to 28 U.S.C. § 1446 to remove this action from the Court of Common Pleas in and for Westmoreland County, Pennsylvania to the United States District Court for the Western District of Pennsylvania, Pittsburgh Division.

2. Defendant is not in default and this Notice of Removal has been filed within thirty (30) days of receipt of Plaintiff's Complaint.

3. Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over the action because the Plaintiffs' Complaint solely alleges violations of the FDCPA, 15 U.S.C. § 1692(e).

4. A true and correct copy of the entire contents of the court file in the case as of the date of filing this Notice of Removal has been filed with the Clerk of Court.

WHEREFORE, the Defendant, DWALDMANLAW, P.C., respectfully requests that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. §§1441 and 1446.

Date: _____

_____
Kathryn M. Wakefield, Esq.
Pennsylvania Attorney ID: 85395
DWALDMANLAW, P.C.
P.O. Box 5162
Largo, FL 33779
Telephone: (844) 899-4162
Facsimile: (844) 882-4703

## CERTIFICATE OF SERVICE

I hereby certify that on the ___th day of May, 2018, a true and correct copy of the foregoing NOTICE OF REMOVAL was served upon the following parties of interest via U.S. Mail.

Hal Sanford Klein &
Jeanne Denise Klein
c/o Jeffrey L. Suher, Esq.
Dell, Moser, Lane & Loughney, LLC
Two Chatham Center, Suite 1500
112 Washington Place
Pittsburg, PA 15219-3458